\*\*E-Filed 6/2/2011\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID WATTS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AERIS COMMUNICATIONS, INC., A CALIFORNIA CORPORATION; MARC JONES, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV11-00662-JF<br><br>[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS SO ORDERED that the case management is continued to July 8, 2011 at 10:30a.m., ~~or----------------------------------~~ in Courtroom 3 of the above entitled Court.

DATED: 6/2/2011                 By: _____
                                    UNITED STATES DISTRICT COURT JUDGE

-1-