MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorney for Plaintiff DAVID WATTS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID WATTS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AERIS COMMUNICATIONS, INC., A CALIFORNIA CORPORATION; MARC JONES, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV11-00662-JF<br>Judge: Honorable Jeremy Fogel<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint: February 14, 2011<br>Trial Date: None |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiffs DAVID WATTS and all Defendants who have appeared in this action, as follows:

1. This action was commenced on February 14, 2011.

2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

DATED: September 16, 2011        LAW OFFICES OF MICHAEL TRACY

By: /s/ Michael Tracy
_____
MICHAEL L. TRACY, Attorney for Plaintiff
DAVID WATTS

DATED: September 16, 2011        SIMPSON, GARRITY, INNES & JACUZZI PC

By: /s/ Robert Wenbourne
_____
ROBERT WENBOURNE, Attorney for Defendant, AERIS COMMUNICATIONS

-2-
STIPULATION OF DISMISSAL