MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

**E-Filed 9/23/2011**

Attorneys for Plaintiff DAVID WATTS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

DAVID WATTS, an individual

                 Plaintiff,

        vs.

AERIS COMMUNICATIONS, INC., A
CALIFORNIA CORPORATION;  MARC
JONES, AN INDIVIDUAL; and DOES 1
through 10, inclusive,

                 Defendants.

Case No.: CV11-00662-JF

[PROPOSED] ORDER GRANTING
STIPULATION OF DISMISSAL WITH
PREJUDICE

        Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this
action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:   9/23/2011                    By: _____
                                         UNITED STATES DISTRICT COURT JUDGE

-1-