MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

**E-Filed 9/23/2011**

Attorneys for Plaintiff DAVID WATTS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID WATTS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AERIS COMMUNICATIONS, INC., A CALIFORNIA CORPORATION;  MARC JONES, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV11-00662-JF<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  9/23/2011          By: _____
                                                    UNITED STATES DISTRICT COURT JUDGE

-1-